SCOTT KEITH WILSON, Federal Public Defender (#7347)
TESSA M. HANSEN, Assistant Federal Public Defender (#14671)
OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Email: Tessa_Hansen@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, v. JAMES BRENNER, Defendant. | **APPEARANCE OF COUNSEL** Case No. 2:22-mj-00439 DAO |
|---|---|

    TESSA M. HANSEN, Assistant Federal Public Defender, hereby enters her appearance as counsel for the Defendant, JAMES BRENNER.

    DATED this 6th day of July, 2022.

*/s/ Tessa M. Hansen*
TESSA M. HANSEN
Assistant Federal Public Defender