TRINA A. HIGGINS, United States Attorney (#7349)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 325-3387

FILED US District Court-UT
JUL 06 '22 PM 01:59

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>JAMES BRENNER,<br><br>     Defendant. | INDICTMENT<br><br>VIOS. COUNT 1, 18 U.S.C. § 922(g)(1), FELON IN POSSESSION OF FIREARM. |

Case: 2:22-cr-00245
Assigned To : Campbell, Tena
Assign. Date : 7/6/2022

The Grand Jury Charges:

**COUNT 1**
(18 U.S.C. § 922(g)(1))
Felon in Possession of Firearm

On or about June 8, 2022, in the District of Utah,

**JAMES BRENNER,**

the defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a Winchester .22

1

caliber rifle, which said firearm was in and affecting interstate commerce; all in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY


TRINA A. HIGGINS
United States Attorney

_____
CARLOS A. ESQUEDA
Assistant United States Attorney